IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **One Hundred Miles**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Army Corps of Engineers**, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00134-RSB-CLR |

## DECLARATION OF JONATHAN A. BROADIE

1. I am the Chief of Navigation at the U.S. Army Corps of Engineers, South Atlantic Division, Savannah District. In this capacity, I oversee management of the Corps dredging projects for Brunswick Harbor within the District's Area of Responsibility, including all aspects of navigation in the Brunswick Harbor within the Corps' Operations & Maintenance mission. I have worked in my current capacity as Chief of Navigation for about ten months and have previously served in this role on two other occasions totaling about eight months. I have also served as the Chief of the Operations and Asset Management Section with the Savannah

1

District's Operations Division for a little over four years. I am currently serving a temporary, 120-day detail as the Coastal Navigation Program Manager at Corps Headquarters. I make this declaration based upon my personal knowledge or knowledge gained in the performance of my duties.

2. Among the projects for which I am responsible as Chief of Navigation is the port of Brunswick. The port of Brunswick is a deep-draft moderate use harbor located in southeast Georgia. The entrance channel extends 10.7 miles off St. Simons Island and Jekyll Island into the Atlantic Ocean and is currently authorized to a depth of 38 feet below mean lower low water (MLLW) and a width of 500 feet. The entrance channel begins at station -58+000 offshore, transects the ocean bar, and transitions to the inner harbor at a point adjacent to the St. Simons Island lighthouse. The figure below shows where the entrance channel begins, and shows the Ocean Dredged Material Disposal Site (ODMDS).



The inner harbor encompasses 15.3 total miles of river channel to include the Brunswick River, East River, Turtle River and South Brunswick River and is currently authorized to a depth of 36 feet below MLLW and a width of 400 feet (see figure below).



3.     Brunswick Harbor has three terminals at Colonel's Island, Mayor's Point, and East River. The East River Terminal is used for dry and liquid bulk shipping. Wood pellets are the main commodity shipped from that terminal. Other commodities include fertilizers, salt from the Bahamas, and perlite. Mayor's Point terminal specializes in paper and pulp products. Smaller vessels (fewer than 40,000 dead weight tons) service these two terminals. Colonel's Island Terminal is a dedicated "roll-on/roll-off" (aka RO/RO) facility, where products are rolled on and off vessels instead of being lifted onboard using cranes. It is the largest terminal in Brunswick Harbor

and the largest automobile port in the nation, with 610 acres of paved open storage and 478 additional acres permitted for development. Colonel's Terminal is the second busiest port in the nation for total RO/RO cargo and the busiest for RO/RO imports. Products such as automobiles and construction equipment are wheeled in as non-containerized freight. Brunswick Harbor is a nationally significant port and a critical regional and national gateway. Brunswick Harbor utilizes Interstate 95 and an extensive railroad system to move cargo to the eastern half of the nation (see below).



4. To maintain the channel depth for vessels to safely enter, Brunswick Harbor is subject to regular maintenance dredging. Sediment naturally builds up (aka shoaling) and would decrease channel depth if not dredged regularly. Based on calculations from an April 2021 hydrographic survey of the entrance channel from the St. Simons Island lighthouse to the eastern end of the project includes approximately 2,273,776 cubic yards of shoaled material above project depth (which is 38 feet below MLLW). Including the two feet of allowable dredging overdepth to -40' MLLW, the amount of shoaled material available for dredging totals 3,924,317 cubic yards. The dredging planned for this spring and summer is expected to remove over 1,355,000 cubic yards of material. Looking at recent years, the quantities of shoaled material present in the Brunswick entrance channel prior to dredging events were as follows:

| Date | Total Quantity to -40' MLLW |
|---|---|
| December 2017 | 3,429,746 CY |
| Dredging occurred during January-March 2018, removing 1,478,851 CY | |
| December 2018 | 3,644,776 CY |
| Dredging occurred during January-February 2019, removing 1,505,584 CY | |
| December 2019 | 3,964,540 CY |
| Dredging occurred during January-February 2020, removing 1,089,655 CY | |

5. Monthly channel condition surveys are performed, weather permitting, to assess channel conditions. The results are published on the Corps' eHydro website for public use (https://www.arcgis.com/apps/opsdashboard/index.html#/4b8f2ba307684cf597 617bf1b6d2f85d). The Brunswick vessel pilots, U.S. Coast Guard, National Oceanic and Atmospheric Administration, and shipping companies all use the information provided in various forms. The pilots take the information provided into consideration when determining safe operations for transiting vessels in and out of the port of Brunswick. Based on the channel conditions as of today, the Brunswick pilots have established an "anytime" draft restriction of approximately 28.9 feet at the entrance channel. This restriction means vessels drafting greater than 28.9 feet into the water must schedule port calls considering the predicted high tides for the area (the average tidal range for Brunswick Harbor is approximately seven feet). Otherwise, the vessels may be too close to the channel bottom when entering Brunswick.

6. Delays in scheduling a port call while waiting on a high tidal window may result in a vessel having to anchor and wait outside of the port to enter, altering course to and/or from other ports scheduled on the vessel's route, and possibly disrupting work schedules and loading plans for the vessel loading and unloading at the terminal, among other considerations.

7. Without timely dredging of the Brunswick entrance channel, accumulation of shoaled material will continue. The lack of an "empty" channel prism with room for material to accumulate until the next scheduled dredging event may result in additional shallower draft restrictions imposed by the pilots. There also may be implications for the Corps. Additional Congressional appropriations may be required to dredge the increased quantities of shoaled material. The increased volume would also require more dredging days from a private sector hopper dredging fleet, which exist in a limited industry. Acquisition of Congressional appropriations and contracting hopper dredge barges is competitive across the nation and requires regional and national coordination in advance of the need. Thus, alterations to the planned dredging in Brunswick may have significant impacts to other navigation projects in terms of funding and dredge availability.

8. Brunswick entrance channel shoaled material is removed by trailing suction hopper dredges (TSHD). A TSHD is a self-propelled ship equipped with suction pipe that trails over the side of the vessel. Dragheads at the end of the suction lines collect sediment and water slurry which is transported through pumps into the ship's hopper, located in the hull of the vessel. Once full, the ship sails to a designated open water disposal site where the material is dumped. The figures below show the hopper and the dragarms/dragheads.





9.      To prevent sea turtle intake, dragheads are equipped with turtle exclusion devices, which are V-shaped deflectors that plow the material in advance of the draghead intake and direct away turtles that may be on the sea floor. In addition, contract specifications prescribe how a contractor may operate its pumps, requiring that dragheads be placed firmly on the bottom prior to initiating dredging (pumping) and may only be engaged just long

enough after lifting them off the bottom to clear the lines of sediment. The drageheads must remain on the bottom and embedded in the sea floor throughout the dredging process.

10. Other measures to prevent sea turtle intake include capture/relocation trawling, bed leveling and the use of Protected Species Observers. For trawling, vessels equipped with nets are deployed ahead of a THSD to "capture" sea turtles in the area and "relocate" them a minimum distance away from the dredging site. Trawling is usually performed with a shrimping vessel, and a National Marine Fisheries Service-approved turtle observer/biologist must be present during relocation operations. Bed-leveling consists of dragging a beam suspended from a tug-propelled barge across dredged areas to level high spots left behind from hopper dredging operations. Bed-leveling is used to eliminate "clean-up" work that would otherwise be performed by the THSD. Protected Species Observers stand watch during dredging operations 24/7 to look out for sea turtles, North Atlantic right whales, and other protected species.

11. To monitor for sea turtle take, all dredged slurry that enters the hopper is first screened on intake. Periodically, a National Marine Fisheries Service-approved turtle observer/biologist inspects the intake screens and drag heads for the presence of sea turtles and sea turtle parts. Intake screening opening sizes are specified in the contract documents and may not

be modified. All sea turtle encounters both aboard the dredge and through trawling operations are documented and reported.

12. In addition to contractor measures, Government personnel perform quality assurance inspections to ensure dredging operations are compliant with contract specifications. These inspections include the drag heads, intake screening, bed leveling equipment and Protected Species Observers to ensure proper environmental requirements are in place during dredging operations. Other quality assurance tools used by the Government include the Dredging Quality Management Program (DQM) and Operations and Dredging Endangered Species System (ODESS). DQM utilizes sensors installed on hopper dredges to monitor dredge performance items such as pump speed, draghead depth, dredge location, etc. and ensure proper operational requirements are being followed. ODESS is a reporting tool that expedites reporting of protected species encounters and sea turtle takes and provides this information to the appropriate agencies as well as the public.

13. The upcoming Brunswick entrance channel maintenance cycle includes a planned 1,355,000 cubic yard dredging event. A potential contract modification adding an additional 225,000 cubic yards is also being pursued (for a potential total of 1,580,000). A regional contract to perform maintenance dredging was awarded to Great Lakes Dredge & Dock Company, LLC on September 23, 2020 with a note that the contractor should be prepared to start work as soon as January 2021. The Corps issued a

Notice to Proceed to the contractor on January 14, 2021 and the required Contract Completion Date is July 31, 2021. The most recent project schedule submitted by the contractor on May 5, 2021 indicates twenty (20) days of dredging for the Brunswick entrance channel from May 25, 2021 to June 14, 2021 utilizing the dredges Dodge Island and Padre Island followed by four days of bed leveling. The reaches available for dredging in the contract include stations 0+000 to -45+000, but actual dredging locations will be determined upon completion of before-dredge surveys and clearer channel conditions. Historically, dredging has occurred between stations -14+000 and -40+000. However, the most shoaled locations will be prioritized.

14. Based on an analysis of historical survey data, the Brunswick entrance channel shoals anywhere from approximately 100,000 to 150,000 cubic yards per month depending on various factors such as rainfall received in the river basins and severe weather experienced offshore (hurricanes and/or nor'easters). To maintain navigable depths, dredging is planned for anywhere from 1,000,000 to 2,000,000 cubic yards annually from the Brunswick entrance channel. In addition to the natural factors that influence shoaling rates, dredging quantities can also be impacted by reduced funding amounts appropriated by Congress and contractor unit prices for dredging. It is a general practice to dredge the Brunswick entrance channel on average every twelve months and remove 1,500,000 cubic yards.

15. The previous dredging event for the Brunswick entrance channel was completed in February 2020. The succeeding channel condition survey performed in March 2020 indicated that approximately 3,000,000 cubic yards were present at a controlling depth of 34.2 feet. The most recent channel condition survey performed in April 2021 indicates approximately 3,900,000 cubic yards of shoaled material and a controlling depth of 32.3 feet. Delays in the dredging planned for May 2021 would potentially reduce the controlling depth further. In addition, as shoaled material builds on the channel slopes and outside quarters, the ability of the pilots to pass vessels is restricted. This can result in a requirement of only one-way traffic. Further, steerage of vessels can be reduced resulting in potential safety concerns for pilots. These considerations can further delay vessel port calls and impact harbor operations.

16. The dredging planned for the Brunswick Harbor entrance channel this spring is part of the South Atlantic Division Regional Harbor Dredging Contract. The Regional Contract is a consolidated contract shown to reduce overall federal expenses for the dredging of entrance channels via hopper dredges for deep-draft ports in the States of Georgia and North Carolina. By consolidating the four ports found in Georgia and North Carolina that require hopper dredging, mobilization and demobilization costs are reduced by allowing the contractor to transit hopper dredge(s) to the regional area initially and move them consecutively from one local harbor to

another. Conversely, without consecutively sequencing these harbors, dredges may be required to transit from projects further away to each of the participating Regional Contract locations resulting in separate, more costly mobilization and demobilizations. Further, grouping projects in close proximity to one another into larger consolidated dredging contracts often improves dredging efficiencies (less down-time sailing) and lowers unit prices for dredging. An injunction preventing this spring's dredging in Brunswick Harbor would require the Corps to modify or partially terminate the contract. Either scenario could result in the contractor being compensated for expenses already incurred in preparation for dredging Brunswick Harbor as well as potential lost profits. If the modification or termination occurs after dredges have mobilized to the site, additional mobilization and demobilization costs upwards of $1M or more could be realized.

17. According to the Corps' Channel Portfolio Tool, which uses the most recent data available (2017) from the Waterborne Commerce Statistics Center, 52% of vessels calling on the port of Brunswick draft 29 feet or greater and are potentially impacted by the current anytime draft restriction of 28.9 feet. An increased draft restriction to 28 feet would result in an additional 20% of vessels potentially being impacted by the restriction, and a 27 feet restriction results in 9% of additional vessels. Potential impacts are described above but include transit delays, diversion of cargo, light-loading of vessels, etc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: _____   Date: 14 May 2021
JONATHAN A. BROADIE
U.S. Army Corps of Engineers
Savannah District