IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| **One Hundred Miles,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. Army Corps of Engineers,** *et al.,*<br><br>Defendants. | Case No. 4:21-cv-00134-RSB-CLR |

## DECLARATION OF KATHERINE E. BRUTSCHÉ

1.  I am the acting Chief of Navigation at the U.S. Army Corps of Engineers, South Atlantic Division, Savannah District. In this capacity, I oversee all Corps dredging projects within the Savannah District's area of responsibility, including all aspects of navigation in Brunswick Harbor within the Operations & Maintenance mission.

2.  Among the projects I oversee is the Brunswick inner harbor and entrance channel maintenance dredging. I make this declaration based upon my personal knowledge or information obtained as part of my duties.

3. Between fiscal year (FY) 15 and FY20, there were, on average, approximately 4 observed loggerhead turtle takes per year associated with the Corps' maintenance dredging activities in the south Atlantic region, which is well below the allowable annual limit of 35 established in the 1997 South Atlantic Regional Biological Opinion (SARBO). In Brunswick Harbor specifically, on average, there was approximately one loggerhead turtle take per year during that same time frame. Dredging during that time period was undertaken during the 1 December – 15 April window. Any future maintenance dredging in Brunswick Harbor will be governed by the 2020 SARBO, which allows for work outside the winter and allows for 214 mortal takes (107 observed) over any three year period, which is essentially the same annual as the 1997 SARBO's level of observed lethal take.

4. As a comparison, the "National Marine Fisheries Service (NMFS) Reinitiation of Endangered Species Act (ESA) Section 7 Consultation on the Implementation of the Sea Turtle Conservation Regulations under the ESA and the Authorization of the Southeast U.S. Shrimp Fisheries in Federal Waters under the Magnuson-Stevens Fishery Management and Conservation Act (MSFMCA)," which focuses on the shrimping industry, authorizes 430 lethal loggerhead takes without declaring that those takes are likely to jeopardize the continued existence of the species.

5.      If the maintenance dredging does not occur this spring/summer, there could be a significant disruption of cargo traffic until maintenance dredging can occur. Shoaling within the channel can limit the amount of cargo capable of being transported on vessels to the harbor. Shoaling describes when the water becomes shallower due to the gradual buildup of sediment that is naturally deposited in the channel by the flow of the water. When properly maintained, over $13 billion worth of cargo (including but not limited to vehicles, machinery, aircraft equipment, agricultural goods, various foods, etc.) traverses the channel annually. Current conditions at the entrance of the channel is approximately 28.9 ft depth, whereas the necessary "anytime draft" (i.e. the ideal depth of the channel to allow vessels through at any time) is approximately 32.8 ft and the authorized depth is 38 ft. Generally speaking, the shallower depths can cause vessels to have to wait for certain tides, light-load their cargo (i.e. carry less cargo to draft less), or go to a different harbor to deliver their cargo. Based on the Corps' Channel Portfolio Tool, which uses data from the Waterborne Commerce Statistics Center, if current channel conditions remain, it would mean that over $5 billion worth of cargo could be disrupted annually. However, because the entrance channel is shoaling at approximately 100,000-150,000 cubic yards/month, the value of disrupted cargo will continue to increase unless the maintenance dredging can occur.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: _____  Date: __5/14/21__
KATHERINE E. BRUTSCHÉ
Acting Chief, Navigation
U.S. Army Corps of Engineers (USACE)
Savannah District

4