IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **One Hundred Miles**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Army Corps of Engineers**, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00134-RSB-CLR |

### DECLARATION OF MARY E. RICHARDS

1.  I am the Lead Biologist and Environmental Coordinator for Operations & Management dredging activities at the U.S. Army Corps of Engineers, South Atlantic Division, Savannah District. In this capacity, I provide environmental support and guidance for all dredging activities in the Savannah District area of responsibility, including the FY21 and FY22 South Atlantic Division Regional Hopper Dredging Contracts. I am also the Savannah District's coordinator for the 2020 South Atlantic Regional Biological Opinion (SARBO) and work closely with the South Atlantic

1

Division on compliance with the 2020 SARBO. My responsibilities include coordination with the Environmental Protection Agency on use of the Ocean Dredged Material Disposal Site for dredging projects; review and approval of dredging project plans and specifications for environmental compliance; and pre-, during, and post-project reporting of all dredging activities to federal and state resource agencies, as required.

2.   Among the projects on which I have consulted is the Brunswick Harbor Modification Study. The project's aim is to improve the accessibility of the Harbor to deeper-draft vessels, reduce the operating costs of shippers and increase vessel safety. The Corps is working in partnership with the Georgia Ports Authority. I am an assigned reviewer for the project. Notably, I helped draft and review the draft Environmental Assessment and Finding of No Significant Impact (FONSI) for the Brunswick Harbor Modification Study. These reports were officially posted on June 9, 2020 with a thirty-day public comment period. My knowledge of the matters described below are based on my direct experience with the project, contact with the personnel working on the matter, and review of project documents.

3.   The work in Brunswick Harbor for maintenance dredging will require a hopper dredge(s). The dredge(s) must have the capability to dredge fine sands and silts to a depth of 40 feet below mean lower low water (MLLW) in the entrance channel, to a depth of 38 feet below MLLW in Cedar

Hammock Range, and to transport the dredged sediment up to 18 miles to the dump location. Dredged material shall be placed in the offshore disposal area. The figure below illustrates the Harbor, with the navigation channel identified in yellow.



4.   Maintenance dredging is necessary to maintain the authorized project depth. Shoaling occurs daily and, over time, will naturally reduce the depth that vessels can navigate. To allow vessels to navigate the channels at the authorized project depth, maintenance dredging must occur periodically.

Brunswick Harbor entrance channel has a shoaling rate of approximately 1,200,000 cubic yards annually.

5.  Numerous measures are in place to prevent sea turtle takes from hopper dredging. The Corps already incorporates all the hopper dredge requirements in the 2020 SARBO. The Corps' contract specifications also contain several requirements; for instance, all hopper dredges must use solid-face draghead deflectors that are designed to produce a sand wave while operating on the sea floor. This pushes turtles away. Furthermore, all pumps must be disengaged when not on the sea floor to reduce the potential for entrainment, wherein turtles can become sucked into the hopper. There is also screening over and around the draghead face, inflow boxes, overflow skimmers, and dragarm intake ports; these measures prevent turtle and sturgeon entrainment. In order to monitor for lethal take, there is a requirement for 100% inflow screening, but if 100% inflow screening is not possible (e.g., if there is a lot of channel debris or stiff clays that result in clogging), the dredge must have 100% *over*flow screening. Furthermore, Protected Species Observers monitor dredging at all times, and inspection of the draghead and inflow/overflow screening is performed after every load. The Corps also employs relocation trawling to remove federally-listed threatened and endangered species out of the channel. The above are just some of the tools the Corps employs to prevent turtle takes and takes of other ESA-protected species. The 2020 SARBO includes more requirements.

6. Though winter dredging may have some benefits for loggerhead sea turtles, winter dredging also has effects on other species that would not occur with spring or summer dredging. For example, winter dredging in Brunswick and Savannah has resulted in over 200 relocations of Atlantic Sturgeon since 2016. Sturgeon abundance could be expected to be less at other times of the year as juveniles typically move upriver toward cooler water temperatures during the warmer months. Relocation happens through relocation (or capture) trawling, which involves physically capturing species in modified nets designed for such purposes and releasing them outside of the project area. The requirement is to release captured species ~3-5 miles outside of the channel. (Details authorizing relocation trawling is in the 2020 SARBO at Section 3.1.3 Capture and Relocation from Relocation and Abundance Trawling). Winter dredging increases the chance of vessels encountering a North Atlantic Right Whale, which would likely result in injury and may result in mortality. There is the potential for a hopper dredge and any of the attendant vessels (crew boat, survey vessel) to encounter a North Atlantic Right While at any time during a project while that vessel is moving – while dredging, steaming to and from the dredge disposal site, running survey lines, delivering supplies or crew changes to the dredge. This potential is at its peak during the whale's migration and calving season, which runs November to April from North Carolina to Florida. North Atlantic Right Whales are confirmed to be off Brunswick's coast in the winter

and are most likely to be observed during their migration and calving season. The North Atlantic Right Whale has been spotted in coastal waters from the Virginia/North Carolina border south to Cape Canaveral, Florida.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: *Mary E Richards*   Date: 5/14/2021
MARY E. RICHARDS
Biologist, Operations & Management
USACE, SAS

6