IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| **One Hundred Miles**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Army Corps of Engineers**, *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00134-RSB-CLR |

## DECLARATION OF DEBORAH H. SCERNO

1.  I am the Senior Environmental Planner in the Planning and Policy Division of the U.S. Army Corps of Engineers, South Atlantic Division. (SAD) I have been in my current position for just under six years. In this capacity, I was the project manager for the South Atlantic Regional Biological Assessment (SARBO) and worked closely with both Bureau of Ocean and Energy Management and the National Marine Fisheries Service on the

1

Endangered Species Act consultation that was completed in March 2020 and resulted in new SARBO. I review assigned planning products for policy compliance. I am one of the National Environmental Policy Act (NEPA) advisors in the Planning and Policy Division and review documents for compliance with this act and other environmental laws. I also assist the SAD Operations Division with questions regarding NEPA and the SARBO. The SAD Operations Division provides regional program management, strategic development, oversight and implementation of the Navigation, Flood Risk Management, Hydropower, Recreation, Environmental Stewardship, Asset Management, Environmental Compliance and Regulatory programs across the Division, which covers the Southeast United States

2.  The Brunswick Harbor Modification Study is one of the several projects on which I have been consulted. The aim of many of the projects is to improve the accessibility of the Harbors to deeper-draft vessels and reduce the operating costs of shippers and increase vessel safety. For the Brunswick Harbor Modification Study, the Corps is working in partnership with the Georgia Ports Authority. I am not an assigned reviewer for the project, rather I was specifically asked to assist the Savannah District regarding the conflict between Georgia's proposed conditions in their conditional Coastal Zone Consistency concurrence for the Brunswick Harbor Modification Study and the SARBO. I have 30 years of experience in the environmental field,

notably in toxicology, water quality, data management, and biology. I make this declaration based upon my personal knowledge or information gained in the performance of my official duties.

3. The Corps follows certain protocols to minimize the potential for take of loggerhead sea turtles and other turtles in its maintenance dredging operations. Minimization measures include relocation trawling and deflectors. In the past, the Corps acquired special permission to utilize relocation trawling, but that is now covered in the SARBO. Relocation trawling uses shrimping boats and nets to "sweep" the area in front of the dredge and relocate any captured listed species outside the immediate area. Deflectors, if properly utilized, create a sand wave in front of the drag head to encourage mobile species to move out of the path of the drag head. The goal of both of these measures is to move species out of the way and thus reduce harm to the species.

4. The Corps has an established observable take limit for loggerhead sea turtles in the 2020 SARBO that is similar to the take in the 1997 SARBO. The South Atlantic Division is in charge of managing all take for all species under the SARBO 2020, to ensure all operations and maintenance projects in the southeast do not exceed those limits. This is accomplished by the Operations and Regulatory Division through the South

Atlantic Division Management Protocol for the 2020 SARBO, which is an internal document that provides a framework for the close coordination that occurs between the South Atlantic Division and various Corps districts with the Division's area of responsibility.

5.     The 1991 and 1997 SARBOs were mostly focused on sea turtles and only on hopper dredging.  Few minimization measures were available at the time of the consultations for those documents and thus the environmental windows were included in these opinions.  The Corps' research group worked with district and division staff to investigate minimization measures not only to minimize take but also to work towards the possibility of finding minimization measures that reduced take better or similar to using environmental windows for hopper dredging.

6.     Consultation was originally re-initiated on the 1997 SARBO due to additional species being listed; however as the re-consultation took a greater focus starting in 2016, it was clear that the Corps and Bureau of Ocean and Energy Management would need to consult on all operations and maintenance actions, including those associated with beach nourishment, regardless of the types of equipment utilized.  Multiple types of equipment and actions were included in the 2020 SARBO – not just hopper dredging.

7.  The Corps' decision that some projects would be moved outside the traditional environmental window was made with the finalization of the North Atlantic Right Whale conservation plan and the 2020 SARBO. As the National Marine Fisheries Service, the Corps, and the Bureau of Ocean and Energy Management looked at the multitude of species and actions, it became clear that dependence on one specific minimization measure, environmental windows, was detrimental to some species and additional minimization measures were available for the species which initiated that measure (sea turtles). The National Marine Fisheries Service expressed concern about the quantity of boat traffic during the winter calving season for North Atlantic Right Whales – especially in their calving ground. Moving projects away from this time frame reduces the boat traffic quantity at a vulnerable time. In addition, it was clear from past operations and maintenance actions and deepening actions that the late winter (February-March) time frame is a time where listed sturgeon (shortnose and Atlantic) are gathering in the entrance channels in preparation for moving upstream. The movement away from dependence upon traditional environmental windows for turtles was viewed as a way to collectively minimize risk for all species.

8. Since 1997, the combined maximum recorded observed lethal loggerhead sea turtle take in the South Atlantic in any one year for all projects covered under the 1997 SARBO in North Carolina, South Carolina, Georgia, and along Florida's east coast was 18 (with an average of 9 observed lethal loggerhead takes per year). As it has done in the past, the Corps has will continue to closely monitor all take (lethal and non-lethal) and adjust dredging operations or cease dredging, as deemed appropriate. The Corps would not and could not allow a single project to use all take authorized under the 2020 SARBO since it must manage all navigation projects covered under the 2020 SARBO and intends to use the risk-based assessment process to continue to try to reduce take for all species each year.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: _____   Date: 05/14/2021
DEBORAH HESSE SCERNO
Senior Environmental Planner
U.S. Army Corps of Engineers, SAD