IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ONE HUNDRED MILES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES ARMY CORPS OF ENGINEERS et al.,<br><br>Defendants. | Docket No. 4:21-cv-00134-RSB-CLR |

**SECOND DECLARATION OF CATHERINE RIDLEY**

I, Catherine Ridley, declare as follows:

1. My name is Catherine Ridley. I am over the age of eighteen and am competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I previously submitted a declaration dated April 29, 2021 in support of One Hundred Miles' Motion for Preliminary Injunction.

3. I have been exceptionally fortunate to have worked with Georgia's loggerhead sea turtles over the past 20 years—a time period spanning nearly half of my life. When I reflect on this work and why loggerhead sea turtles are important to me, what stands out the most are the specific moments I have shared with individual turtles and the unique connections I have formed with these animals over the years.

4. As the Coordinator for the St. Simons Island Sea Turtle Project, my team of volunteers and I respond to every emergence (crawls and nests), and mark and monitor each nest throughout the season. Many of the nesting females are older than I am, and I reflect on their

1

histories and the significant investments that past generations of sea turtle biologists have contributed towards their survival.

5. I remember each turtle I have met while working on nesting projects on both St. Simons and Jekyll Islands— including the very first loggerhead I ever encountered on the beach. I first spotted her as she emerged from the Atlantic Ocean near the southern end of Jekyll Island in May 2002. I stayed watching her for nearly two hours as she dug her body pit and egg chamber with her back flippers, laid her eggs in the dunes, crawled back to the sea, and disappeared into the waves. I can still picture the epibiota growing on her carapace—tiny organisms like barnacles and skeleton shrimp—and the way the bioluminescent plankton lit up the night sky in streaks of blue and green when I touched her shell. At the time, I was just a few weeks into my new summer position as a sea turtle technician for the Jekyll Island Sea Turtle Project. I'd taken the job expecting that I would be ready to move on to a different opportunity after the season ended. As it turned out, that first encounter changed the entire trajectory of my career and life. To share the beach with an animal whose species has persisted since the time of the dinosaurs was pure magic—that's the only way I know to describe it.

6. Since then, I've gotten to know many of our nesting turtles, both on the beach and through my participation in collaborative research projects like our telemetry/tagging projects in 2004-2005 and the Northern Recovery Unit Loggerhead DNA project. I have contributed to this project since its first year in 2006. Along with the other projects on the coast, my volunteers and I take one egg from every nest to send to Dr. Brian Shamblin and the geneticists at the University of Georgia, who have created an extensive database identifying every nesting female from Georgia, South Carolina, and North Carolina. Genetic tagging information on each nesting female is posted on seaturtle.org throughout the season, and my volunteers and I regularly check

to see which turtles have nested on St. Simons, Jekyll, and surrounding islands. Using this data, we can tell how frequently the females are returning to nest and on which islands—sometimes they exhibit extremely high site fidelity and stay close to one particular island; other times they jump around from island to island. My colleagues and I share information about specific turtles; we post stories about them on social media and give reports during pre- and post-season meetings. I also regularly follow the turtles identified by nighttime tagging projects on Jekyll and Wassaw Islands.

7.      Through the genetics project, we also learn about our nesting turtles' familial relationships—daughters and mothers that are both actively laying nests along our coast, for example. In at least two cases, we've identified multi-generational sets of grandmothers, mothers, and daughters all still actively nesting in the Southeast.

8.      Participating in this project and following the individual stories is one of my favorite parts of my role because I am able to connect with these females on a personal level. It is also exciting for my team of volunteers and is one of the ways that I use to keep volunteers and other followers engaged. We often talk about how lucky we are to know their stories, follow their travels, and we celebrate each time certain turtles return to our coast to nest.

9.      Our turtles—the ones we know by name, and the ones we've encountered on the beach—remind us of why we do this work, even when it requires early mornings or long, hot days, or during inclement weather. Because as much as I love this work and am grateful for the opportunity, there are still hard days—mornings when it's hard to wake up so early or inconvenient to devote time to a nest on top of other responsibilities. There are many days when it's easy to get disheartened by the incredible volume of threats to our wildlife and the challenges

to our day-to-day conservation efforts, and to wonder if the work we are doing will ever pay off. If we didn't have these individual connections to go on, we might be tempted to give up.

10. Fortunately, my love of Georgia's loggerhead sea turtles isn't based on a general idea or a superficial connection—it's been built over my years spent with individual females and tracking their stories. The relationships we have developed with our favorite turtles help us stay connected to the long-term goal of recovering loggerheads in Georgia—even when that goal feels unachievable or decades away, we are motivated to continue because we know our efforts are valuable to the individuals we know and care about.

11. One of the most beloved and well-known of our nesting turtles is "Big Bertha." She was first tagged on the north end of Cumberland Island in 1980 and has continued to nest on Little Cumberland, Jekyll, and other nearby islands in the years since. I first met her in the dunes on Jekyll Island in 2006. Our entire sea turtle cooperative follows her updates and celebrates each new nesting encounter. Using the genetics project information, we know she has been nesting for at least 36 years—she has the longest nesting history documented for loggerheads anywhere in the world. She may still be nesting along our coast and if so, there is the possibility she will return this summer.

12. There are many other nesting females that are important to me, many of whom are likely still actively nesting along our coast. For example, in 2004, I participated in a telemetry tagging project on Jekyll Island and other islands across the coast. We tagged and affixed satellite telemetry devices to 12 nesting loggerheads over the course of the summer in order to track the loggerheads' inter-nesting movements and interactions. Because our project overlapped with the G-8 summit being held on Sea Island that same summer, Georgia school children were invited to name the tracked turtles—they researched and came up with "names" that honored and

4

represented the culture of the countries participating in the summit. I remember all of these turtles and especially cherish my interactions with Tea Cake, Ormanda, Bellissima, Cherepakha, Cherokee Rose, and Aurora. For many years afterwards, we tracked their migrations online, long after they'd left our coast. We profiled the turtles in The Brunswick News, Savannah Morning News, and other coastal newspapers. I developed hands-on lessons about each of them that I used to teach school programs for Grades K-12. I still have a framed photo of Ormanda on my wall, and since 2009, I have written extensively about these individual turtles and my time working with them in a collection of short stories and personal essays. While we only have genetic samples for some of the G8 turtles, they were all tagged and could be identified if killed.

13. In 2001 and 2002, I managed Coastal Encounters Nature Center on St. Simons. In this role, I was the primary caretaker for a female sea turtle, Dylan, that had been rescued from a beach on Jekyll Island in the late 1990s. When I left the nature center, Dylan moved on to other locations—a facility on Jekyll Island and later, the Georgia Aquarium. Dylan was released back into the ocean in 2008. I still think of her and our time together often and know that if she has survived, she may already be or will likely soon be returning to our coastal waters.

14. Sometimes, we get to know a turtle from the field signs they leave on the beach or through her nesting patterns. Another of my favorite turtles is missing a back flipper—we affectionately called her "Stumpy." Once, after documenting several false crawls with her distinct crawl pattern (non-nesting emergences where the mother visits the beach but is unable to complete her nesting attempt) I was able to find her and deposit the eggs she had been unable to bury but had ultimately dropped directly on the beach just before my arrival. That relocated nest resulted in a high hatch and emergence success, and the majority of hatchlings made it to the ocean.

15. I especially enjoy seeing the adult turtles and finding their nests each summer—it's a personal thrill to decipher the field signs the mothers have used to disguise their nests and the challenge of locating the precise location of the eggs. My entire volunteer team celebrates every new emergence via texts, phone calls, and social media posts, and the public follows each new nest on social media (our nesting posts often reach 30,000 or more people on Facebook.)

16. As part of my work, I often respond to dead turtles on our beaches, and I read the GADNR weekly reports of turtle strandings and mortalities along our coast. I am deeply affected when I encounter or learn about nesting females that have been killed. In some cases, we conduct necropsies and find eggs that were in the process of being developed or about to be laid. I find it devastating to think about the loss of her future nesting potential and impact, and I often linger on the question of what we could have done differently to save her. It is especially difficult when these are animals that we have gotten to know so intimately.

17. I worry that if the Corps is allowed to dredge this summer, we will face the very real scenario that a nesting mother could lay her eggs on our beach one night and be killed by a dredge the next day. Using information collected from the genetics project, we will be able to identify the individual turtles killed and know their nesting histories leading up to their death—where they have nested and how many nests they've laid. This would be devastating for me, and my volunteers and other members of the public have told me that they would be similarly affected.

18. For the past 20 years, these sea turtles have been an integral part of my life and my family's life. I've spent time with them during some of my most difficult moments and through some of the most formative. As new mother myself, I closely identify with their individual journeys and have spent significant time writing, researching, and teaching about their

individual stories. I have chosen to raise my family here specifically for these opportunities—not only for myself, but so that my children can grow up to know and love these nesting turtles as much as I do.

19. In the course of my work, I also speak to hundreds of beachgoers every summer and listen to their connections to our turtles. People often stop me on the beach to tell me about the nests they've "adopted" and follow closely throughout the season, and share detailed accounts of how they've come to our coast year after year specifically for the chance to see nesting females—and the joy they've felt when they finally do. I see first-hand the positive economic impact sea turtles have for our state's tourism and quality of life. In fact, many of the volunteers on my team decided to move to St. Simons after encountering nesting females and in order to continue working with them.

20. I am also proud of my efforts as the first employee and one of the founders of the Georgia Sea Turtle Center on Jekyll Island. We worked from 2005-2007 to create a facility that would educate Georgians and visitors of all ages about sea turtles and the simple steps that they could take to protect them. We created hands-on and age-appropriate exhibits and were intentional about designing the facility and walkway through the rehab center so that visitors could meet and get to know each of the individual patients. Today, more than 100,000 people visit the Center annually, and I am grateful for its impact and the comments I routinely receive from visitors. They tell me that about the attachments they have formed to the turtles they have met, how they have symbolically adopted specific patients and followed them during their treatment and release. As was the case when I worked on Jekyll, hundreds of people attend each release in person (as well as thousands more virtually, on social media) and cheer as the rehabilitated turtles are released back into the ocean. Many of these patients are adults or would

be large enough now that they will be present in our coastal waterways during the summer months. Losing any of these well-known animals would have a significant impact on me and the hundreds of thousands of visitors who have gotten to know each of them during the years.

21. The deep affinity and connection that Georgians, specifically OHM's members, feel towards these species, and the deep concern they have for their wellbeing, is reflected by the overwhelming number of individuals—1,524 according to GADNR records—who submitted comments to Georgia DNR opposing spring and summer dredging. Many of these individuals also copied the Corps with their concerns.

22. While my opinions on this case are informed by science and data, and a long history of work with the Georgia Sea Turtle Cooperative, I do have a deep personal connection to these animals, one that is shared by other members of the cooperative. Georgia's nesting loggerheads—Big Bertha, Ormanda, Tea Cake, Bellissima, Cherepakha, Aurora, Dylan, and many others we have been fortunate enough to get to know—are what makes my work so deeply meaningful and keeps me tied to Georgia's coast. The thought of losing these or any of Georgia's turtles that we have all worked so tirelessly to protect is extremely upsetting to me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Catherine Ridley_          _May 18, 2021_
Catherine Ridley                 Date