AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ONE HUNDRED MILES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:21-cv-134

U.S. ARMY CORPS OF ENGINEERS, and COL. JOSEPH GEARY, in his official capacity as District Commander of the Savannah District,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 17, 2021, the Plaintiff's Complaint is dismissed without prejudice.  Defendant U. S. Army Corps of Engineers shall pay Plaintiff One Hundred Miles thirty-one thousand, eight hundred and seventy-four dollars and sixty cents ($31,874.60) for costs and attorneys' fees incurred in litigating this case to date.  This case stands closed.

Approved by: _____



September 24, 2021
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020